# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARIA DEL CARMEN GUIDO,

    Plaintiff(s),

v.

ALBERTSON'S LLC, et al.,

    Defendant(s).

Case No. 2:23-cv-01229-GMN-NJK

**Order**

    Pending before the Court is a joint discovery plan seeking special scheduling review. Docket No. 8. The Court hereby **SETS** a scheduling conference for 10:00 a.m. on August 28, 2023, in Courtroom 3C.

    IT IS SO ORDERED.

    Dated: August 23, 2023

                                                          _____
                                                          Nancy J. Koppe
                                                          United States Magistrate Judge