Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
josh@bensonallred.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DEL CARMEN GUIDO<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Foreign Limited-Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01229-APG-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff, MARIA DEL CARMEN GUIDO, hereby substitutes Joshua L. Benson, Esq., of the law firm of BENSON ALLRED INJURY LAW, 333 N. Rancho Drive, Suite 420, Las Vegas, NV 89106, as attorney of record in place and stead of Stephen Reid, Esq. of the law office of 24/7 Attorneys.

DATED: 12-11-23        _____
                                      Maria Del Carmen Guido, Plaintiff

I consent to the above substitution.

DATED: 12-12-23        _____
                                      Stephen Reid, Esq., 24/7 Attorneys

I am duly admitted to practice in this District. Above substitution accepted.

///

///

///

1

CASE NO.: 2:23-cv-01229-APG-NJK
Guido v. Albertson's LLC

DATED: 12.11.2023

_____
Joshua L. Benson, Esq. BENSON ALLRED INJURY LAW

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 13, 2023

2