1  **LEW BRANDON, JR., ESQ.**
   Nevada Bar No. 5880
2  **RYAN VENCI, ESQ.**
   Nevada Bar No. 7547
3  **BRANDON | SMERBER LAW FIRM**
4  139 E. Warm Springs Road
   Las Vegas, Nevada 89119
5  (702) 380-0007
   (702) 380-2964 – *facsimile*
6  l.brandon@bsnv.law
7  r.venci@bsnv.law
   d.kolkoski@bsnv.law
8  *Attorneys for Defendant,*
   *ALBERTSON'S LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARIA DEL CARMEN GUIDO;<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC, a Foreign Limited-Liability Company, ALBERTSON'S STORES SUB LLC, a Foreign Limited-Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01229-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE CLOSING DOCUMENTS** |

Pursuant to this Court's Minute Order dated June 27, 2025 (ECF #32), the parties were to submit dismissal papers by August 25, 2025. The parties have agreed and request the Court approve an extension of thirty (30) days in which to file the dismissal. The parties have been working diligently to finalize this matter including the signing of the Release, obtaining and delivering the settlement check to Plaintiff and submitting the Stipulation and Order for Dismissal with Prejudice. However, the parties need some additional time to complete these actions.

…

Page 1 of 2

*Maria Del Carmen Guido v. Albertson's LLC*
*Case No.: 2:23-cv-01229-APG-NJK*

If approved by the Court, the dismissal is to be filed by September 24, 2025.

DATED this 25th day of August 2025.              DATED this 25th day of August 2025.

**BENSON ALLRED**                                 **BRANDON SMERBER LAW FIRM**

By: */s/ Joshua L. Benson, Esq.*                  By: */s/ Lew Brandon, Jr., Esq.*
    Joshua L. Benson, Esq.                            Lew Brandon, Jr., Esq.
    Nevada Bar No. 10514                              Nevada Bar No. 5880
    333 South Rancho Drive., Suite                    Ryan Venci, Esq.
    Las Vegas, NV 89106                               Nevada Bar No. 7547
    *Attorneys for Plaintiff*                         139 East Warm Springs Road
                                                      Las Vegas, NV 89119
                                                      *Attorneys for Defendant*

**IT IS SO ORDERED**

Dated this  26th  day of August, 2025.

_____
Nancy J. Koppe
United States Magistrate Judge