**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DEL CARMEN GUIDO; <br><br> Plaintiff, <br><br> vs. <br><br> ALBERTSON'S LLC, a Foreign Limited-Liability Company, ALBERTSON'S STORES SUB LLC, a Foreign Limited-Liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO.: 2:23-cv-01229-APG-NJK |

## STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSON'S LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiff, MARIA DEL CARMEN GUIDO, by and through JOSHUA L. BENSON, ESQ., of BENSON ALLRED as follows:

/ / /

/ / /

*Maria Del Carmen Guido v. Albertson's LLC*
Case No.: 2:23-cv-01229-APG- NJK

That Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

IT IS FURTHER STIPULATED AND AGREED TO vacate the following dates from Court's calendar:

1. Jury Trial – January 26, 2026 at 9:00 a.m.; and
2. Calendar Call – January 20, 2026 at 9:00 a.m.

DATED this 2nd day of September, 2025.    DATED this 3 day of Sept., 2025.

**BRANDON | SMERBER LAW FIRM**          **BENSON ALLRED**

/s/ Lew Brandon, Jr., Esq.

**LEW BRANDON, JR., ESQ.**              **JOSHUA L. BENSON, ESQ.**
Nevada Bar No. 5880                     Nevada Bar No. 10514
**RYAN VENCI, ESQ.**                    333 N. South Rancho Drive, Suite 420
Nevada Bar No.: 7547                    Las Vegas, NV 89106
139 East Warm Springs Road              *Attorney for Plaintiff,*
Las Vegas, Nevada 89119                 *MARIA DEL CARMEN GUIDO*
*Attorneys for Defendant,*
*ALBERTSONS LLC*

*Maria Del Carmen Guido v. Albertson's LLC*
Case No.: 2:23-cv-01229-APG- NJK

**IT IS SO ORDERED** that Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

**IT IS FURTHER ORDERED** that the Court shall vacate the following dates/times from its calendar:

| | | |
|---|---|---|
| **Jury Trial** | January 26, 2026 | 9:00 a.m. |
| **Calendar Call** | January 20, 2026 | 9:00 a.m. |

DATED this 5th day of September 5, 2025.

_____
**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No.: 7547
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS LLC*